Cupp, J.,
dissents and would (1) grant the motions of the Ohio Manufacturers’ Association, the Columbus Partnership, Ohio Bankers League, the Ohio Chamber of Commerce, and the Ohio Council of Retail Merchants for leave to file briefs in support of relator, (2) grant the motion to intervene as respondents filed by ProgressOhio.org, Senator Michael Skindell, and Representative Dennis Murray Jr., (3) expressly reserve ruling on the motion to dismiss filed by the prospective intervenors at this time, and (4) grant an alternative writ and issue a schedule for the presentation of evidence and briefs.
O’Donnell, J., not participating.
*301 Squire Sanders, L.L.P., Aneca E. Lasley, and Gregory W. Stype; Organ, Cole & Stock, L.L.P., and Douglas R. Cole, for relator.
Michael DeWine, Attorney General; Porter, Wright, Morris & Arthur, L.L.P., James A. King, and L. Bradfield Hughes, for respondent.